PFE/KMP: Aug. 2024
GJ#35

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. |
| | ) |
| **TALIJAH LADARRIUS IRBY** | ) |

## INDICTMENT

### COUNT ONE:
*Felon in Possession of a Firearm*
**18 U.S.C. § 922(g)(1)**

The Grand Jury charges that:

On or about the 18th day of July 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**TALIJAH LADARRIUS IRBY**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a **Kel-Tec 5.56 caliber firearm,** and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Irby was convicted on April 24, 2024, in the Circuit Court of Jefferson County, Alabama, of the offense of **Attempt to Elude with Death or Injury**, in case number CC-2024-

1

0916, the said offense being a crime punishable by imprisonment for a term exceeding one year.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                      United States Attorney

                                      */s/ Electronic Signature*
                                      KRISTY M. PEOPLES
                                      Assistant United States Attorney